**KLESTADT WINTERS JURELLER**
 **SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Fred Stevens
Lauren C. Kiss

*Special Litigation Counsel to Yann Geron,*
 *Chapter 7 Trustee of the Estate of Nanobeak*
 *Biotech Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
In re                                                               :
                                                                        :    Chapter 7
NANOBEAK BIOTECH INC.,                              :
                                                                        :    Case No. 21-11600 (MG)
                                        Debtor.             :
---------------------------------------------------------x
NANOBEAK BIOTECH INC.,                              :
                                                                        :
                                        Plaintiff,         :
                                                                        :    Adv. Pro. No. 21-1217
            -against-                                              :
                                                                        :
JAMES JEREMY BARBERA,                            :
                                                                        :
                                        Defendant.    :
---------------------------------------------------------x

**NOTICE OF FILING OF DEFENDANT'S CONTACT INFORMATION**

**PLEASE TAKE NOTICE** that the contact information for James Jeremy Barbera, defendant in the above-captioned adversary proceeding, and his counsel is:

James Jeremy Barbera
104 W. 70th Street, Apartment 11B
New York, New York 10023

Counsel to James Jeremy Barbera[1]
Chipman Brown Cicero & Cole, LLP
501 Fifth Avenue, 15th Floor
New York, New York 10017
Attn: Adam D. Cole
Tel.: (646) 685-8363
Email: cole@chipmanbrown.com

Dated: New York, New York
December 21, 2021

          **KLESTADT WINTERS JURELLER**
            **SOUTHARD & STEVENS, LLP**

By: /s/ *Lauren C. Kiss*
Fred Stevens
Lauren C. Kiss
200 West 41st Street, 17th Floor
New York, New York 10036-7203
Tel: (212) 972-3000
Fax: (212) 972-2245
Email: fstevens@klestadt.com
       lkiss@klestadt.com

*Special Litigation Counsel to Yann Geron, the Chapter 7 Trustee of the Estate of Nanobeak Biotech Inc.*

---

[1] Chipman Brown Cicero & Cole, LLP represented the defendant James Jeremy Barbera in the underlying state court action, which was removed to the United States District Court for the Southern District of New York and then referred to the United States Bankruptcy Court for the Southern District of New York and assigned Adv. Pro. No. 21-1217.